*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 11/14/2013

btw

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

  DIANA PAOLA CACHAYA
  221 SCARLET RIDGE COURT
  BRENTWOOD, TN  37027

  SSN XXX-XX-5612

CASE NO. 12-10805-MH3-13
11/13/2013

## ORDER DISMISSING CHAPTER 13 PETITION
## FOR NON-COMPLIANCE

    Pursuant to the Chapter 13 petition and plan filed with this court, the debtor(s) was ordered to pay the Chapter 13 Trustee a specified portion of the future income through a payroll deduction or by a direct payment. The court finds that the debtor(s) has failed to comply with the requirements of the plan and the Courts order confirming that plan. It is therefore,

    Ordered that the Chapter 13 petition is dismissed for failure of the debtor to abide by the orders of this court; It is further,

    Ordered that in the event the Trustee has not received funds sufficient to pay the required filing fee, and if that fee has not otherwise been paid, the debtor shall immediately transmit the amount to the clerk of the Bankruptcy Court. In no event shall the debtor fail to make this payment later than thirty (30) days from the date of this order.

APPROVED:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.